Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Covian Enterprises, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Deco Window Fashions**<br>**Deco Flooring** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 6 – 3 5 5 2 0 2 3** |

**4. Debtor's address**

**Principal place of business**

**13450 Research Blvd**
Number      Street

**Austin, TX 78750-3227**
City                                  State      ZIP Code

**Travis**
County

**Mailing address, if different from principal place of business**

**2709 Steece Way**
Number      Street

**Leander, TX 78641-3767**
City                                  State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____
City                                  State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.decowindowfashions.com** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Covian Enterprises, Inc.**                                    Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4   4   2   2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____   When _____   Case number _____
                                           MM / DD / YYYY

        District _____   When _____   Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

        District _____   When _____
                                           MM / DD / YYYY

        Case number, if known _____

Debtor  **Covian Enterprises, Inc.**

Name

Case number (if known)

| | |
|---|---|
| **11. Why is the case filed in** *this* **district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br><br>_____  _____<br>Number          Street<br>_____<br><br>_____  _____  _____<br>City                          State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

---

■ **Statistical and administrative information**

---

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99   ☐ 1,000-5,000  ☐ 5,001-10,000   ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000        ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000    ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million ☐ More than $50 billion |

| Debtor | Covian Enterprises, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/27/2025**
MM/ DD/ YYYY

**X** **/s/ James J. Covian**
Signature of authorized representative of debtor

**James J. Covian**
Printed name

Title **VP-Co-owner**

**18. Signature of attorney**

**X** **/s/ Stephen W Sather**
Signature of attorney for debtor

Date **05/27/2025**
MM/ DD/ YYYY

**Stephen W Sather**
Printed name

**Barron & Newburger, P.C.**
Firm name

**7320 N. MoPac Expressway 400**
Number          Street

**Austin**                    **TX**          **78731**
City                          State          ZIP Code

**(512) 649-3243**                    **ssather@bn-lawyers.com**
Contact phone                          Email address

**17657520**                          **TX**
Bar number                            State

Fill in this information to identify the case:

Debtor Name **Covian Enterprises, Inc.**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking account** | **3 7 7 1** | $977.39 |
| 3.2. | **Bank of America** | **Checking account** | **0 8 3 5** | $100.31 |
| 3.3. | **Bank of America** | **Checking account** | **8 6 7 6** | $17.54 |
| 3.4. | **Bank of America** | **Checking account** | **5 4 5 7** | $38,499.46 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $39,594.70 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

Debtor    **Covian Enterprises, Inc.** _____    Case number *(if known)* _____
         Name

---

**7.**    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1  _____   _____

7.2  _____   _____

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  _____   _____

8.2  _____   _____

**9.**    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| _____ |

| Part 3: | Accounts receivable |
|---|---|

**10.**    **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                   **Current value of debtor's interest**

**11.**    **Accounts receivable**

11a. 90 days old or less:  _____  -  _____  =.....➡   _____
                         face amount         doubtful or uncollectible accounts

11b. Over 90 days old:  _____  -  _____  =.....➡   _____
                         face amount         doubtful or uncollectible accounts

**12.**    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| _____ |

| Part 4: | Investments |
|---|---|

**13.**    **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1  _____   _____   _____

14.2  _____   _____   _____

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

Debtor    __Covian Enterprises, Inc.__                  Case number *(if known)* _____
         Name

15.1. _____  _____  _____  _____

15.2. _____  _____  _____  _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____  _____  _____

16.2 _____  _____  _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.            | _____ |

---

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.       | _____ |

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor  **Covian Enterprises, Inc.**        Case number *(if known)* _____

Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **28. Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.       | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

---

Debtor    **Covian Enterprises, Inc.**                                          Case number *(if known)* _____
_____
          Name

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **Desks x 3 ($400.00 ea)** | unknown | | $1,200.00 |
| **File Cabinets x 7 ($75.00 ea)** | unknown | | $525.00 |
| **Credenza x 4 ($300.00 ea)** | unknown | | $1,200.00 |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Voip Phones x 13 ($100.00 ea)** | unknown | | $1,300.00 |
| **Computers x 13 ($200.00 ea)** | unknown | | $2,600.00 |
| **64" Samsung Display TV x 2 ($200.00 ea)** | unknown | | $400.00 |
| **Printers x 2 ($100.00 ea)** | unknown | | $200.00 |
| **Refrigerator x 4 ($200.00 ea)** | unknown | | $800.00 |
| **Larger Displays x 5 ($400.00)** | unknown | | $2,000.00 |
| **Desks & Credenza Combo x 2 ($1,250.00 ea)** | unknown | | $2,500.00 |
| **Kitchen Table x 1 ($200.00 ea)** | unknown | | $200.00 |
| **Desks x 3 ($300.00 ea)** | unknown | | $900.00 |
| **Large Storage Racks x 8 ($200.00 ea)** | unknown | | $1,600.00 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

| | $15,425.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

---

Debtor    **Covian Enterprises, Inc.**           Case number *(if known)* _____
      Name

---

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

**46.**   **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2018 Chevrolet Express Van /** 2016 Chevy Express Cargo 3500 Van | **unknown** | | **$10,212.00** |
| 47.2 **2016 Chevrolet Express Van /** 2016 Chevy Express Cargo 3500 Cargo Van | **unknown** | | **$10,212.00** |
| 47.3 **2018 Chevrolet Express Van /** 20218 Express Van 2500 | **unknown** | | **$14,294.00** |
| 47.4 **2018 Chevrolet Tahoe** | **unknown** | | **$17,693.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.** **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | |

**51.**   **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.            **$52,411.00**

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No
   ☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 9:**    Real property

Debtor    **Covian Enterprises, Inc.**      Case number *(if known)* _____
Name

---

**54.**   **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56.**   **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                        | _____ |

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No

   ☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | | _____ |
| **61.**   **Internet domain names and websites** | | | |
| decowindowfashions.com | unknown | | unknown |
| decoflooring.com | unknown | | unknown |
| **62.**   **Licenses, franchises, and royalties** | | | |
| _____ | _____ | | _____ |

Debtor    **Covian Enterprises, Inc.**                                                Case number *(if known)* _____
       Name

---

63. **Customer lists, mailing lists, or other compilations**

    _____    _____  _____  _____

64. **Other intangibles, or intellectual property**

    _____    _____  _____  _____

65. **Goodwill**

    _____    _____  _____  _____

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                                        ┌─────────────┐
                                                                                               │ _____ │
                                                                                               └─────────────┘

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                                               Current value of
                                                                                               debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ – _____ = ➡    _____
                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____
    _____    Tax year _____    _____
    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

---

Debtor   **Covian Enterprises, Inc.**

Name                                    Case number *(if known)*

**Nature of claim**

**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Covian Enterprises, Inc.**

Name

Case number *(if known)*

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $39,594.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,425.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $52,411.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................. ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $107,430.70 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................... | | $107,430.70 |

Fill in this information to identify the case:

Debtor name  __Covian Enterprises, Inc.__

United States Bankruptcy Court for the: _____ __Western__ _____ District of _____ __Texas__

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Creditor's name**

__Bluevine__

**Describe debtor's property that is subject to a lien**

_____

_____

**Creditor's mailing address**

__30 Montgomery St Ste 1400__

__Jersey City, NJ 07302-3857__

**Describe the lien**

__LOC__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$150,000.00** | **unknown**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,082,525.71**

Debtor  **Covian Enterprises, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** **Creditor's name**

**CHTD Company**

**Describe debtor's property that is subject to a lien**

_____

_____

_____

|  | unknown | unknown |
|---|---|---|

**Creditor's mailing address**

**Po Box 2576**

**Springfield, IL 62708-2576**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account**  9  8  4  0
**number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **Covian Enterprises, Inc.**
_____
Name                                                    Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** Creditor's name

**Corporation Service Company**

Creditor's mailing address

**As representative**

**PO Box 2576**

**Springfield, IL 62708**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____
_____
_____

Describe the lien

_____
_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**unknown**                    **unknown**

Debtor   **Covian Enterprises, Inc.**
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Corporation Service Company**

**Creditor's mailing address**

**Po Box 2576**

**Springfield, IL 62708-2576**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **3  0  9  7**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **unknown**

Column B: **unknown**

| Debtor | **Covian Enterprises, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5**

**Creditor's name**

CT Corporation System as Rep.

**Creditor's mailing address**

Attn: SPRS

330 N. Brand Blvd. Suite 700

Glendale, CA 91203

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   4  1  1  5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**unknown** | **unknown**

Debtor  **Covian Enterprises, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Part 1:** Additional Page

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
**Value of collateral
that supports this
claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** Creditor's name

**CT Corporation System. As Rep**

**Creditor's mailing address**

**Attention: SPRS**

**330 N Brand Blvd Suite 700**

_____

Creditor's email address, if known

_____

Date debt was incurred

Last 4 digits of account number **1  6  3  1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **unknown**

Column B: **unknown**

Debtor   **Covian Enterprises, Inc.**
         _____                    Case number (if known) _____
         Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7** Creditor's name

**First Corporate Solutions**

Creditor's mailing address

**914 S Street**

**Sacramento, CA 95811**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account   **7  2  8  5**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**unknown**        **unknown**

Debtor    **Covian Enterprises, Inc.**

Case number (if known) _____

Name

---

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

**Funding Circle**

**Describe debtor's property that is subject to a lien**

_____

$110,000.00    unknown

**Creditor's mailing address**

**707 17th St Ste 2200**

**Denver, CO 80202-3404**

_____

_____

**Describe the lien**

**LOC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**   **7  0  3  2**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **8** of **18**

| Debtor | **Covian Enterprises, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** Creditor's name

**Funding Circle**

Creditor's mailing address

**707 17th St Ste 2200**

**Denver, CO 80202-3404**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number    **9   6   3   2**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$145,920.47**

Column B: **unknown**

Debtor    **Covian Enterprises, Inc.**                                    Case number (if known) _____
          Name

---

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Part 1:**   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.10** Creditor's name

**Kapitus Servicing, Inc.**

Describe debtor's property that is subject to a lien

_____

_____

|  |  | $142,129.71 | unknown |

**Creditor's mailing address**

**2500 Wilson Blvd Ste 450**

**Arlington, VA 22201-3872**

Describe the lien

**Breach of Contract**

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **Covian Enterprises, Inc.**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.11** Creditor's name
**Pay Pal**

Describe debtor's property that is subject to a lien

$100,000.00

unknown

Creditor's mailing address
**2211 North First Street**

**San Jose, CA 95131**

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number   __ __ __ __

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Covian Enterprises, Inc.** | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12 Creditor's name**

**Radiance Funding LLC**

**Creditor's mailing address**

**375 Sunrise Hwy Ste 5**

**Lynbrook, NY 11563-3039**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   5  6  2  4

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

unknown | unknown

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 18

Debtor    **Covian Enterprises, Inc.**
_____    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.13** **Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**Little Rock Commercial Loan Servicing**

**Center 2120 Riverfront Drive Suite 100**

**Little Rock, AR 72202**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    9  1  0  2

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Chevrolet Tahoe, Accounts receivable under 90 days, 2016 Chevrolet Express Van, 2018 Chevrolet Express Van, 2018 Chevrolet Express Van, 64" Samsung Display TV x 2 ($200.00 ea), Computers x 13 ($200.00 ea), Credenza x 4 ($300.00 ea), Bank of America, Bank of America, Bank of America, Bank of America, decoflooring.com, decowindowfashions.com, Desks & Credenza Combo x 2 ($1,250.00 ea), Desks x 3 ($300.00 ea), Desks x 3 ($400.00 ea), File Cabines x 7 ($75.00 ea), Kitchen Table x 1 ($200.00 ea), Large Storage Racks x 8 ($200.00 ea), Larger Displays x 5 ($400.00), Printers x 2 ($100.00 ea), Refrigerator x 4 ($200.00 ea), Voip Phones x 13 ($100.00 ea)

**Describe the lien**

**Covid-19**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$144,475.53

$107,430.70

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      

Debtor **Covian Enterprises, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.14** Creditor's name

**Small Business Administration**

Creditor's mailing address

**Little Rock Commercial Loan Servicing**

**Center 2120 Riverfront Drive Suite 100**

**Little Rock, AR 72202**

Creditor's email address, if known

_____

Date debt was incurred      **2019**

Last 4 digits of account number    **7  4  0  2**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.13**

Describe debtor's property that is subject to a lien

2018 Chevrolet Tahoe, 2016 Chevrolet Express Van, 2018 Chevrolet Express Van, 2018 Chevrolet Express Van, 64" Samsung Display TV x 2 ($200.00 ea), Bank of America, Bank of America, Bank of America, Bank of America, Computers x 13 ($200.00 ea), Credenza x 4 ($300.00 ea), Desks & Credenza Combo x 2 ($1,250.00 ea), Desks x 3 ($300.00 ea), Desks x 3 ($400.00 ea), File Cabines x 7 ($75.00 ea), Kitchen Table x 1 ($200.00 ea), Large Storage Racks x 8 ($200.00 ea), Larger Displays x 5 ($400.00), Printers x 2 ($100.00 ea), Refrigerator x 4 ($200.00 ea), Voip Phones x 13 ($100.00 ea)

$150,000.00      $107,430.70

Describe the lien

**Covid-19 Relief**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Covian Enterprises, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15** **Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**Little Rock Commercial Loan Servicing**

**Center 2120 Riverfront Drive Suite 100**

**Little Rock, AR 72202**

**Creditor's email address, if known**

**Date debt was incurred**    2019

**Last 4 digits of account number**    9  1  0  9

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.13**

**Describe debtor's property that is subject to a lien**

2018 Chevrolet Tahoe, Accounts receivable under 90 days, 2016 Chevrolet Express Van, 2018 Chevrolet Express Van, 2018 Chevrolet Express Van, 64" Samsung Display TV x 2 ($200.00 ea), Bank of America, Bank of America, Bank of America, Bank of America, Computers x 13 ($200.00 ea), Credenza x 4 ($300.00 ea), decoflooring.com, decowindowfashions.com, Desks & Credenza Combo x 2 ($1,250.00 ea), Desks x 3 ($300.00 ea), Desks x 3 ($400.00 ea), File Cabines x 7 ($75.00 ea), Kitchen Table x 1 ($200.00 ea), Large Storage Racks x 8 ($200.00 ea), Larger Displays x 5 ($400.00), Printers x 2 ($100.00 ea), Refrigerator x 4 ($200.00 ea), Voip Phones x 13 ($100.00 ea)

**$140,000.00**  |  **$107,430.70**

**Describe the lien**

**Covid-19 Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Covian Enterprises, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**2.13** Creditor's name

**Small Business Administration**

Specify each creditor, including this creditor, and its relative priority.

For 2018 Chevrolet Tahoe: 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Accounts receivable under 90 days: **1) Small Business Administration**; 2) Small Business Administration ; For 2016 Chevrolet Express Van: 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For 2018 Chevrolet Express Van: 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For 2018 Chevrolet Express Van: 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For 64" Samsung Display TV x 2 ($200.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Computers x 13 ($200.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Credenza x 4 ($300.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Bank of America: 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Bank of America: 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Bank of America: 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Bank of America: 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For decoflooring.com: **1) Small Business Administration**; 2) Small Business Administration ; For decowindowfashions.com: **1) Small Business Administration**; 2) Small Business Administration ; For Desks & Credenza Combo x 2 ($1,250.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Desks x 3 ($300.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Desks x 3 ($400.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For File Cabines x 7 ($75.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Kitchen Table x 1 ($200.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Large Storage Racks x 8 ($200.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Larger Displays x 5 ($400.00): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Printers x 2 ($100.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Refrigerator x 4 ($200.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration ; For Voip Phones x 13 ($100.00 ea): 1) Small Business Administration ; **2) Small Business Administration**; 3) Small Business Administration

Debtor    **Covian Enterprises, Inc.**           Case number (if known) _____

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **US Attorney General**<br>**Dept. of Justice**<br>**950 Pennsylvania Ave. NW**<br>**Washington, DC 20530** | Line 2. __14__ | __ __ __ __ |
| **US Attorney Civil Processing Clerk**<br>**U.S. SBA**<br>**601 NW Loop 410 Suite 600**<br>**San Antonio, TX 78216** | Line 2. __14__ | __ __ __ __ |
| **BayFirst National Bank**<br>**700 Central Avenue**<br>**Saint Petersburg, FL 33701** | Line 2. __14__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor      **Covian Enterprises, Inc.**
            Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ _____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **Covian Enterprises, Inc.** _____

United States Bankruptcy Court for the:

_____ **Western District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Ahmed Ibrahim**

**4308 Chapel Hill St**

**Round Rock, TX 78665-2890**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

**Customer Deposit**

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **$1,418.61**      Priority amount: **$1,418.61**

**2.2** Priority creditor's name and mailing address

**Alden Carreon**

**418 Meadow Creek Cir.**

**Round Rock, TX 78664**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: $1,360.00      Priority amount: $1,360.00

Debtor    **Covian Enterprises, Inc.**
_____     Case number *(if known)* _____
          Name

---

## Part 1:  Additional Page

| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$390.79** | **unknown** |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
**Anca Oancea**
**8801 Tweed Berwick Dr**
**Austin, TX 78750-3551**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: **$390.79**    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
**Andre Covian**
**2709 Steece Way**
**78641**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: **$1,440.00**    **$1,440.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
**Angela Palma**
**292 Gazelle Cv**
**Blanco, TX 78606-2632**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: **$3,800.04**    **$3,800.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Covian Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

---

**Part 1:**  Additional Page

---

**2.6**  Priority creditor's name and mailing address

**Anne Baron**

**21000 Niagara Cv**

**Lago Vista, TX 78645-2241**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

$3,194.19          $3,194.19

---

**2.7**  Priority creditor's name and mailing address

**AnneMarie Falcon**

**10904 Sierra Verde Trl**

**Austin, TX 78759-5118**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

$2,896.23          unknown

---

**2.8**  Priority creditor's name and mailing address

**Annette Kikta**

**402 Summit Ridge Dr N**

**Lago Vista, TX 78645-8670**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

$1,078.98          unknown

---

Debtor   **Covian Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

---

| **2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.81 | $305.81 |
|---|---|---|---|---|

**Anu Ramachandra**

**9704 Palmbrook Dr**

**Austin, TX 78717-3892**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the Claim:**
**Customer Deposit**

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

---

| **2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,919.61 | $6,919.61 |
|---|---|---|---|---|

**Barb Bula**

**2108 Trail of the Madrones**

**Austin, TX 78746-2333**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the Claim:**
**Customer Deposit**

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

---

| **2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,366.26 | unknown |
|---|---|---|---|---|

**Becky Berend**

**1904 Ringtail Rdg**

**Austin, TX 78746-6221**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the Claim:**
**Customer Deposit**

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

---

Debtor  **Covian Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

---

| Part 1: | Additional Page |

---

**2.12**

**Priority creditor's name and mailing address**

**Ben Ghez**

**1601 E Cesar Chavez St**

**Austin, TX 78702-4587**

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$354.79          $354.79

---

**2.13**

**Priority creditor's name and mailing address**

**Brent Bowen**

**13028 Date Palm Trl**

**Elgin, TX 78621-6038**

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$245.73          $245.73

---

**2.14**

**Priority creditor's name and mailing address**

**Brian Dase**

**360 Nueces St Apt 2511**

**Austin, TX 78701-4270**

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,600.47          unknown

---

Debtor   **Covian Enterprises, Inc.**

     Name

Case number *(if known)*

---

**Part 1:** Additional Page

---

**2.15**

**Priority creditor's name and mailing address**

**Carlson Brigance & Doreing**

**2007 Sam Bass Rd**

**Round Rock, TX 78681-2013**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$680.89      unknown

---

**2.16**

**Priority creditor's name and mailing address**

**Carrie Bickley**

**9005 Bancroft Trl**

**Austin, TX 78729-3637**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,088.21      unknown

---

**2.17**

**Priority creditor's name and mailing address**

**Carrie Laymon**

**1004 Shelley Ave**

**Austin, TX 78703-4839**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,439.99      unknown

---

Debtor    **Covian Enterprises, Inc.**
Name                                                                    Case number *(if known)*

---

## Part 1: Additional Page

### 2.18

**Priority creditor's name and mailing address**

**Charles Purse**

**2407 Bowman Ave**

**Austin, TX 78703-2311**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**  $573.19    $573.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.19

**Priority creditor's name and mailing address**

**Claudia Covian**

**2709 Steece Way**

**78641**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**  $3,500.00    $3,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.20

**Priority creditor's name and mailing address**

**Daniela Covian**

**188 Alicante Lane**

**Liberty Hill, TX 78642**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**  $1,130.00    $1,130.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Covian Enterprises, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

---

**2.21** Priority creditor's name and mailing address

**Danny Davila**

**1301 S Capital of Texas Hwy**

**W Lake Hills, TX 78746-6574**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:     $8,020.31        unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

**Customer Deposit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.22** Priority creditor's name and mailing address

**Dawn Kaliban**

**4020 Pawnee Pass**

**Austin, TX 78738-1628**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:     $1,536.61        unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

**Customer Deposit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.23** Priority creditor's name and mailing address

**Deryl Dorcy**

**3500 N Capital of Texas Hwy**

**Austin, TX 78746-3370**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:     $410.81        $410.81
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

**Customer Deposit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Covian Enterprises, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

---

| Part 1: | Additional Page |
|---|---|

---

**2.24** | Priority creditor's name and mailing address

**Eileen & Tony George**

**11310 Spicewood Club Dr Apt 29**

**Austin, TX 78750-2866**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: **$956.39**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address

**Ellen Grimmett**

**11613 Birchbark Trl**

**Austin, TX 78750-1929**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: **$2,916.78**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address

**Frank Marron**

**920 Abbeyglen Castle Dr**

**Pflugerville, TX 78660-7576**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: **$1,971.77**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Covian Enterprises, Inc.**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.27** Priority creditor's name and mailing address

**Gibson Kersting**

**1100 Azie Morton Rd Apt 1109**

**Austin, TX 78704-2049**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: **$1,172.89**     **$1,172.89**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address

**Gracie Hynes**

**7005 Estana Ln**

**Austin, TX 78739-2113**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: **$1,396.42**     **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address

**Helen Gaebler**

**504 Harris Ave**

**Austin, TX 78705-2514**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: **$681.43**     **$681.43**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor __**Covian Enterprises, Inc.**_____     Case number *(if known)* _____
Name

---

**Part 1:** Additional Page

---

**2.30**

**Priority creditor's name and mailing address**

**James Covian**

**2709 Steece Way**

**78641**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,000.00          $4,000.00

---

**2.31**

**Priority creditor's name and mailing address**

**Jennifer Chang**

**1502 Hether St**

**Austin, TX 78704-3312**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,293.59          unknown

---

**2.32**

**Priority creditor's name and mailing address**

**Jessie Curtis**

**101 Pascal Ln**

**Austin, TX 78746-2543**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,113.25          $3,113.25

---

| Debtor | **Covian Enterprises, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1: Additional Page

**2.33** | **Priority creditor's name and mailing address**

**John Hancock 401k**

**c/o Francy Arocha**

**7908 N. Sam Houston Pkwy. W Suite 500**

**Houston, TX 77064**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:**  $20,270.30     $20,270.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.34** | **Priority creditor's name and mailing address**

**Judy Harrison**

**6301 Ledge Mountain Dr**

**Austin, TX 78731-3718**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**  $498.07     $498.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.35** | **Priority creditor's name and mailing address**

**Kalee Murren**

**274 Raptor Beak Way**

**Cedar Creek, TX 78612-2046**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**  $1,530.38     $1,530.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Covian Enterprises, Inc.**
          _____        Case number *(if known)* _____
          Name

---

**Part 1:**  Additional Page

---

**2.36**  Priority creditor's name and mailing address

**Lance Mushung**

**7517 Turnback Ledge Trl**

**Lago Vista, TX 78645-4828**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:          $867.63          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.37**  Priority creditor's name and mailing address

**Lindsay Fassauer**

**1009 E 14th St**

**Austin, TX 78702-1022**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:          $3,503.51          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.38**  Priority creditor's name and mailing address

**Liza Brooker**

**14739 Arrowhead Dr**

**Leander, TX 78641-9122**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:          $1,058.41          $1,058.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Covian Enterprises, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:**  Additional Page

---

**2.39**

**Priority creditor's name and mailing address**

**Lynn Kutilek**

**5913 Cimarron Ridge Ln**

**Austin, TX 78738-1918**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**       $1,183.70       $1,183.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.40**

**Priority creditor's name and mailing address**

**Magdalena de J. Nunez Marti**

**706 Encinita Dr.**

**Leander, TX 78641**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**       $1,380.00       $1,380.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.41**

**Priority creditor's name and mailing address**

**Mandy Chavez**

**184 CR 4127**

**Lampasas, TX 76550**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**       $2,080.00       $2,080.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Covian Enterprises, Inc.**
_____
          Name

Case number *(if known)* _____

---

**Part 1:**  Additional Page

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,640.00 | $1,640.00 |

**2.42**

Priority creditor's name and mailing address

**Manuel Gonzalez Nunez**

**706 Encinita Dr.**

**Leander, TX 78641**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,640.00          $1,640.00

---

**2.43**

Priority creditor's name and mailing address

**Mario Fuentes**

**1261 Summerbroke Cir.**

**Leander, TX 78641**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,320.00          $2,320.00

---

**2.44**

Priority creditor's name and mailing address

**Marlon Coplin**

**17903 Cross St**

**Jonestown, TX 78645-3103**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**
_____

Is the claim subject to offset?
☑ No
☐ Yes

$573.19          unknown

---

Debtor   **Covian Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

**2.45** Priority creditor's name and mailing address

**Michelle Soloman**

**909 Philco Dr**

**Austin, TX 78745-1831**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

$2,875.00          $2,875.00

---

**2.46** Priority creditor's name and mailing address

**Myra Simone**

**1407 Black Cherry Dr.**

**Cedar Park, TX 78613**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,880.00          $3,880.00

---

**2.47** Priority creditor's name and mailing address

**Paula Roberts**

**70 Tiburon Dr**

**The Hills, TX 78738-1556**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

$2,162.02          $2,162.02

---

| Debtor | **Covian Enterprises, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 1:** Additional Page</td></tr>
</table>

---

**2.48**

**Priority creditor's name and mailing address**

**Paulina Clendennen**

**10809 Wintergreen HI**

**Austin, TX 78750-3453**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,196.12        $2,196.12

---

**2.49**

**Priority creditor's name and mailing address**

**Raul Gadwala**

**9609 Tobrina Ln**

**Austin, TX 78759-7708**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,681.89        unknown

---

**2.50**

**Priority creditor's name and mailing address**

**Rick Whitworth**

**4615 Red River St**

**Austin, TX 78751-3326**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,505.44        unknown

---

Debtor    **Covian Enterprises, Inc.**
_____
Name                                                    Case number *(if known)* _____

---

**Part 1:**  Additional Page

---

**2.51**

**Priority creditor's name and mailing address**

**Sharon Foley**

**5101 Mckittrick Canyon Dr**

**Austin, TX 78759-7115**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$270.90        unknown

---

**2.52**

**Priority creditor's name and mailing address**

**Shay Browning**

**1610 Hether St**

**Austin, TX 78704-3314**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$430.32        $430.32

---

**2.53**

**Priority creditor's name and mailing address**

**Sue Clugage**

**9316 Travertine Cv**

**Austin, TX 78735-1563**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,241.43        unknown

---

| Debtor | **Covian Enterprises, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1: Additional Page

---

**2.54** Priority creditor's name and mailing address

**Susan Johnson**

**1502 Bald Cypress Cv**

**Cedar Park, TX 78613-1557**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: | $2,652.67 | **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.55** Priority creditor's name and mailing address

**Susanne Guy**

**9900 Charthouse Cv**

**Austin, TX 78730-3566**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: | $436.52 | **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.56** Priority creditor's name and mailing address

**Tangela & Kerry Niemann**

**121 Flycatcher Cove**

**Cedar Creek, TX 78612**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is: | $2,148.22 | **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Covian Enterprises, Inc.** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

---

**2.57**

**Priority creditor's name and mailing address**

**Tara Olah**

**1502 Pasadena Dr**

**Austin, TX 78757-1840**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,916.03          unknown

---

**2.58**

**Priority creditor's name and mailing address**

**Tempy Wright**

**5403 Merrywing Cir**

**Austin, TX 78730-1439**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,237.03          $1,237.03

---

**2.59**

**Priority creditor's name and mailing address**

**Tienling Hsieh**

**3317 Vaquero Ln**

**Cedar Park, TX 78641-3263**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$397.28          $397.28

---

Debtor  **Covian Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

---

| Part 1: | Additional Page |

---

**2.60** **Priority creditor's name and mailing address**

**Tissie Elliott**

**9105 Westerkirk Dr**

**Austin, TX 78750-3623**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** $4,739.72 | unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.61** **Priority creditor's name and mailing address**

**Tommy Yoo**

**26 Maybury Way**

**Austin, TX 78738**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** $3,250.00 | $3,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Covian Enterprises, Inc.**
_____   Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Bank of America**

**Po Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred   _____

Last 4 digits of account number   **2   2   4   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,100.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Bank of America**

**Po Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   6   1   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$39,600.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Bank of America**

**Po Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred   _____

Last 4 digits of account number   **4   7   5   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$53,600.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Bank of America**

**Po Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred   _____

Last 4 digits of account number   **2   9   8   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,300.00**

Debtor  **Covian Enterprises, Inc.**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Bank of America**

**Po Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred

Last 4 digits of account number  **6  5  0  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$19,100.00

---

**3.6** Nonpriority creditor's name and mailing address

**Bank of America**

**Po Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred

Last 4 digits of account number  **9  5  2  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$7,000.00

---

**3.7** Nonpriority creditor's name and mailing address

**Bank of America**

**Po Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred

Last 4 digits of account number  **0  4  2  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$8,500.00

---

**3.8** Nonpriority creditor's name and mailing address

**Carole Fabrics**

**Po Box 2839**

**Carol Stream, IL 60132-2839**

Date or dates debt was incurred

Last 4 digits of account number  **7  5  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$21,933.90

---

Debtor    __**Covian Enterprises, Inc.**_____     Case number *(if known)* _____
          Name

---

| Part 2: | Additional Page |

---

**3.9** Nonpriority creditor's name and mailing address

**Creditors Relief**

**333 Sylvan Ave. Suite 105**

**Englewood Cliffs, NJ 07632**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.10** Nonpriority creditor's name and mailing address

**Engineered Floors**

**Po Box 843149**

**Dallas, TX 75284-3149**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,301.11**

---

**3.11** Nonpriority creditor's name and mailing address

**Fabricut**

**Po Box 470490**

**Tulsa, OK 74147-0490**

Date or dates debt was incurred _____

Last 4 digits of account number __7__ __5__ __7__ __9__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$21,265.31**

---

**3.12** Nonpriority creditor's name and mailing address

**FCA Network, Inc.**

**1000 Brook Forest Ave**

**Shorewood, IL 60404-8602**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,047.00**

---

Debtor   **Covian Enterprises, Inc.**                                         Case number *(if known)* _____
       Name

---

**Part 2:**  Additional Page

---

**3.13**  Nonpriority creditor's name and mailing address

**Hunter Douglas Fabrication**

**Po Box 2751**

**Carol Stream, IL 60132-2751**

Date or dates debt was incurred  _____

Last 4 digits of account number   **0   4   9   1**

As of the petition filing date, the claim is:      **$258,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

**James & Claudia Covian**

**2709 Steece Way**

**Leander, TX 78641**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:      **$657,932.27**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address

**Mannington Mills, Inc.**

**Po Box 96261**

**Chicago, IL 60693-6261**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:      **$3,779.01**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

**Maria Hernandez**

**2709 Steece Way**

**Leander, TX 78641**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:      **$35,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Covian Enterprises, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.17** Nonpriority creditor's name and mailing address

**Mohawk Factoring, LLC**

**Po Box 845059**

**Los Angeles, CA 90084-5059**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,850.80

---

**3.18** Nonpriority creditor's name and mailing address

**Ruth Covian**

**2709 Steece Way**

**Leander, TX 78641**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

**3.19** Nonpriority creditor's name and mailing address

**Shaw**

**Po Box 203702**

**Dallas, TX 75320-3702**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,416.69

---

**3.20** Nonpriority creditor's name and mailing address

**Synergy Center, Ltd.**

**11940 Jollyville Rd. Suite 300-S**

**Austin, TX 78759**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past due rent**

Is the claim subject to offset?
☑ No
☐ Yes

$18,000.00

---

Debtor  **Covian Enterprises, Inc.**

Name

Case number *(if known)*

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$153,179.82** |
| 5b. | **Total claims from Part 2** | 5b. + | **$1,207,726.09** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,360,905.91** |

Fill in this information to identify the case:

Debtor name     **Covian Enterprises, Inc.**

United States Bankruptcy Court for the:     **Western**     District of     **Texas**
                                                                         (State)
Case number (If known):     _____     Chapter     **11**

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse - Need to Continue for Business** | **Crystalfalls Commerce Center LLC** |
| | | | **8304 West Dr** |
| | State the term remaining | **24 months** | **Volente, TX 78641-6059** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Customer contracts for purchase of window furnishings** | **Customer Contracts** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Store Displays Need to Continue Doing Business** | **Hunter Douglas** |
| | | | **PO Box Box 2751** |
| | State the term remaining | **0 months** | **Carol Stream, IL 60132-2751** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Window Covering Showroom in Austin** | **Synergy Center, Ltd.** |
| | | | **11940 Jollyville Rd Ste 300 S** |
| | State the term remaining | **42 months** | **Austin, TX 78759-2327** |
| | List the contract number of any government contract | | |

| Debtor | Covian Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Flooring Showroom** | **Synergy Center, Ltd.** |
| | | | **11940 Jollyville Rd Ste 300 S** |
| | State the term remaining | **42 months** | **Austin, TX 78759-2327** |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Window Covering Showroom (Continue Business) New lease starts on 04/01/2025** | **Westbank Market, LP** |
| | | | **c/o Inyesco Advisers, Inc.** |
| | | | **2300 N Field St** |
| | State the term remaining | **0 months** | **Dallas, TX 75201-2476** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Covian Enterprises, Inc.**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| 1. | **Does the debtor have any codebtors?** |
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____ Street<br>_____<br>_____ City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____ Street<br>_____<br>_____ City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____ Street<br>_____<br>_____ City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____ Street<br>_____<br>_____ City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor  **Covian Enterprises, Inc.**                                    Case number (if known) _____
Name

Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H          **Schedule H: Codebtors**

**Fill in this information to identify the case:**

Debtor name       **Covian Enterprises, Inc.**

United States Bankruptcy Court for the:

      **Western District of Texas**

Case number (if known): _____    Chapter __**11**__

☐ Check if this is an
    amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*...................................................................................

|  |
| --- |
| **$0.00** |

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*.................................................................................

|  |
| --- |
| **$107,430.70** |

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*...................................................................................

|  |
| --- |
| **$107,430.70** |

| **Part 2:** | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

|  |
| --- |
| **$1,082,525.71** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

|  |
| --- |
| **$153,179.82** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

|  |
| --- |
| **+ $1,207,726.09** |

4. **Total liabilities**...................................................................................................................

    Lines 2 + 3a + 3b

|  |
| --- |
| **$2,443,431.62** |

Fill in this information to identify the case:

Debtor name       **Covian Enterprises, Inc.**

United States Bankruptcy Court for the:

      **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1. Gross revenue from business**

     ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**<br>MM/ DD/ YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | **$501,822.24** |
| **For prior year:** | From **01/01/2024**<br>MM/ DD/ YYYY | to **12/31/2024**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,174,743.30** |
| **For the year before that:** | From **01/01/2023**<br>MM/ DD/ YYYY | to **12/31/2023**<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2. Non-business revenue**

     Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

     ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**<br>MM/ DD/ YYYY | to   Filing date | _____ | _____ |
| **For prior year:** | From **01/01/2024**<br>MM/ DD/ YYYY | to **12/31/2024**<br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023**<br>MM/ DD/ YYYY | to **12/31/2023**<br>MM/ DD/ YYYY | _____ | _____ |

| Debtor | Covian Enterprises, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** <br> Creditor's name <br><br> Street <br><br><br> City          State    ZIP Code | | **$63,792.52** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <br> Creditor's name <br><br> Street <br><br><br> City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |

**5.**  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **2**

Debtor    **Covian Enterprises, Inc.**                                    Case number *(if known)* _____
          Name

5.1.  _____          _____        _____        _____
      Creditor's name

      _____
      Street

      _____

      _____
      City                State    ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State    ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Kapitus Servicing, Inc. (Plaintiff) v. Covian Enterprises. Inc. , D/B/A Deco Window Fashions and Claudia Covian** | **Breach of Contract on a Forward Purchase Agreement between Kapitus and Covian Enterprises for the purchase and sale of Merchant's future receivables.** | **Secretary of the Commonwealth**<br>Name<br>**1111 E Broad St Fl 4**<br>Street<br><br>**Richmond, VA 23219-1936**<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**CL2406113M-00** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor **Covian Enterprises, Inc.**                                                    Case number *(if known)*

Name

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

| | Case title | Court name and address |
|---|---|---|

Street

Name

| | Case number | Street |
|---|---|---|

City            State     ZIP Code

| | Date of order or assignment | City            State     ZIP Code |
|---|---|---|

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City            State     ZIP Code

| Recipient's relationship to debtor |
|---|

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Barron & Newburger, P.C. | | 03/26/2025 | $15,000.00 |

| Address |
|---|

**7320 N Mopac Expy Ste 400**
Street

**Austin, TX 78731-2347**
City                    State    ZIP Code

| Email or website address |
|---|

| Who made the payment, if not debtor? |
|---|

**James Covian**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Trustee |
|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor    Covian Enterprises, Inc.
_____          Case number *(if known)* _____
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                    State      ZIP Code

**Relationship to debtor**

_____

---

**Part 7:    Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| | |

14.1. _____        From _____  To _____
Street

_____

_____
City                    State      ZIP Code

---

**Part 8:    Health Care Bankruptcies**

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

15.1. _____        _____        _____
Facility name

_____
Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____
City                    State      ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

Debtor   **Covian Enterprises, Inc.**                                    Case number *(if known)* _____
     Name

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

  ☐ No.

  ☑ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

  ☐ No. Go to Part 10.

  ☑ Yes. Does the debtor serve as plan administrator?

      ☑ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor **Covian Enterprises, Inc.**
    Name

Case number *(if known)*

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    Covian Enterprises, Inc.

       Name                                                    Case number *(if known)*

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City     State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor      Covian Enterprises, Inc.

Name

Case number *(if known)*

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br><br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State   ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br><br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City                State         ZIP Code | From _____  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br><br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City                State         ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br><br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City                State         ZIP Code | _____<br><br>_____<br><br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor  **Covian Enterprises, Inc.**
Name

Case number *(if known)*

| Name and address |
|---|

26d.1.

Name

Street

City                    State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                    State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Claudia Covian** | | **President,** | 0.00% |
| **James Covian** | | **Vice-President,** | 0.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From |
| | | | To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor  **Covian Enterprises, Inc.**

Name

Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. **See attached**

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**  Signature and Declaration

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**05/27/2025**___
MM/ DD/ YYYY

**X /s/ James J. Covian**

Signature of individual signing on behalf of the debtor

Printed name ___**James J. Covian**___

Position or relationship to debtor ___**VP-Co-owner**___

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Covian Enterprises, Inc.</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><strong>Western District of Texas</strong></td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Hunter Douglas Fabrication<br>Po Box 2751<br>Carol Stream, IL 60132-2751 | | | | | | $258,000.00 |
| 2 | Bluevine<br>30 Montgomery St Ste 1400<br>Jersey City, NJ 07302-3857 | | LOC | | | | $150,000.00 |
| 3 | Funding Circle<br>707 17th St Ste 2200<br>Denver, CO 80202-3404 | | | | | | $145,920.47 |
| 4 | Kapitus Servicing, Inc.<br>2500 Wilson Blvd Ste 450<br>Arlington, VA 22201-3872 | | Breach of Contract | | | | $142,129.71 |
| 5 | Small Business Administration<br>Little Rock Commercial Loan Servicing Center 2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202 | | Covid-19 Relief | | $150,000.00 | $107,430.70 | $132,307.00 |
| 6 | Funding Circle<br>707 17th St Ste 2200<br>Denver, CO 80202-3404 | | LOC | | | | $110,000.00 |
| 7 | Pay Pal<br>2211 North First Street<br>San Jose, CA 95131 | | | | | | $100,000.00 |
| 8 | Bank of America<br>Po Box 15796<br>Wilmington, DE 19886-5796 | | Credit Card | | | | $53,600.00 |

Debtor    **Covian Enterprises, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Small Business Administration Little Rock Commercial Loan Servicing Center 2120 Riverfront Drive Suite 100 Little Rock, AR 72202 | | Covid-19 Loan | | $140,000.00 | $390,088.03 | $44,387.50 |
| 10 Bank of America Po Box 15796 Wilmington, DE 19886-5796 | | Credit Card | | | | $39,600.00 |
| 11 Carole Fabrics Po Box 2839 Carol Stream, IL 60132-2839 | | | | | | $21,933.90 |
| 12 Fabricut Po Box 470490 Tulsa, OK 74147-0490 | | | | | | $21,265.31 |
| 13 John Hancock 401k c/o Francy Arocha 7908 N. Sam Houston Pkwy. W Suite 500 Houston, TX 77064 | (800) 333-0963 | | | | | $20,270.30 |
| 14 Bank of America Po Box 15796 Wilmington, DE 19886-5796 | | Credit Card | | | | $19,100.00 |
| 15 Bank of America Po Box 15796 Wilmington, DE 19886-5796 | | Credit Card | | | | $19,100.00 |
| 16 Synergy Center, Ltd. 11940 Jollyville Rd. Suite 300-S Austin, TX 78759 | | Past due rent | | | | $18,000.00 |
| 17 Mohawk Factoring, LLC Po Box 845059 Los Angeles, CA 90084-5059 | | | | | | $12,850.80 |
| 18 Brian Dase 360 Nueces St Apt 2511 Austin, TX 78701-4270 | | Customer Deposit | | | | $8,600.47 |
| 19 Bank of America Po Box 15796 Wilmington, DE 19886-5796 | | Credit Card | | | | $8,500.00 |
| 20 Bank of America Po Box 15796 Wilmington, DE 19886-5796 | | Credit Card | | | | $8,300.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Covian Enterprises, Inc.**                                        CASE NO

                                                                          CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____**05/27/2025**____     Signature _____**/s/ James J. Covian**_____
                                                        James J. Covian, VP-Co-owner

Ahmed Ibrahim
4308 Chapel Hill St
Round Rock, TX 78665-2890


Alden Carreon
418 Meadow Creek Cir.
Round Rock, TX 78664


Anca Oancea
8801 Tweed Berwick Dr
Austin, TX 78750-3551


Andre Covian
2709 Steece Way
78641


Angela Palma
292 Gazelle Cv
Blanco, TX 78606-2632


Anne Baron
21000 Niagara Cv
Lago Vista, TX 78645-2241


AnneMarie Falcon
10904 Sierra Verde Trl
Austin, TX 78759-5118


Annette Kikta
402 Summit Ridge Dr N
Lago Vista, TX 78645-8670

Anu Ramachandra
9704 Palmbrook Dr
Austin, TX 78717-3892

Bank of America
Po Box 15796
Wilmington, DE 19886-5796

Bank of America
Po Box 15796
Wilmington, DE 19886-5796

Barb Bula
2108 Trail of the Madrones
Austin, TX 78746-2333

BayFirst National Bank
700 Central Avenue
Saint Petersburg, FL 33701

Becky Berend
1904 Ringtail Rdg
Austin, TX 78746-6221

Ben Ghez
1601 E Cesar Chavez St
Austin, TX 78702-4587

Bluevine
30 Montgomery St Ste 1400
Jersey City, NJ 07302-3857

Brent Bowen
13028 Date Palm Trl
Elgin, TX 78621-6038


Brian Dase
360 Nueces St Apt 2511
Austin, TX 78701-4270


Carlson Brigance & Doreing
2007 Sam Bass Rd
Round Rock, TX 78681-2013


Carole Fabrics
Po Box 2839
Carol Stream, IL 60132-2839


Carrie Bickley
9005 Bancroft Trl
Austin, TX 78729-3637


Carrie Laymon
1004 Shelley Ave
Austin, TX 78703-4839


Charles Purse
2407 Bowman Ave
Austin, TX 78703-2311


CHTD Company
Po Box 2576
Springfield, IL 62708-2576

Claudia Covian
2709 Steece Way
78641


Corporation Service Company
As representative
PO Box 2576
Springfield, IL 62708


Corporation Service Company
Po Box 2576
Springfield, IL 62708-2576


Creditors Relief
333 Sylvan Ave. Suite 105
Englewood Cliffs, NJ 07632


Crystalfalls Commerce Center
LLC
8304 West Dr
Volente, TX 78641-6059


CT Corporation System as
Rep.
Attn: SPRS
330 N. Brand Blvd. Suite 700
Glendale, CA 91203


CT Corporation System. As
Rep
Attention: SPRS
330 N Brand Blvd Suite 700


Customer Contracts

Daniela Covian
188 Alicante Lane
Liberty Hill, TX 78642


Danny Davila
1301 S Capital of Texas Hwy
W Lake Hills, TX 78746-6574


Dawn Kaliban
4020 Pawnee Pass
Austin, TX 78738-1628


Deryl Dorcy
3500 N Capital of Texas Hwy
Austin, TX 78746-3370


Eileen & Tony George
11310 Spicewood Club Dr Apt 29
Austin, TX 78750-2866


Ellen Grimmett
11613 Birchbark Trl
Austin, TX 78750-1929


Engineered Floors
Po Box 843149
Dallas, TX 75284-3149


Fabricut
Po Box 470490
Tulsa, OK 74147-0490

FCA Network, Inc.
1000 Brook Forest Ave
Shorewood, IL 60404-8602


First Corporate Solutions
914 S Street
Sacramento, CA 95811


Frank Marron
920 Abbeyglen Castle Dr
Pflugerville, TX 78660-7576


Funding Circle
707 17th St Ste 2200
Denver, CO 80202-3404


Gibson Kersting
1100 Azie Morton Rd Apt 1109
Austin, TX 78704-2049


Gracie Hynes
7005 Estana Ln
Austin, TX 78739-2113


Helen Gaebler
504 Harris Ave
Austin, TX 78705-2514


Hunter Douglas
PO Box Box 2751
Carol Stream, IL 60132-2751

Hunter Douglas Fabrication
Po Box 2751
Carol Stream, IL 60132-2751

James & Claudia Covian
2709 Steece Way
Leander, TX 78641

James Covian
2709 Steece Way
78641

Jennifer Chang
1502 Hether St
Austin, TX 78704-3312

Jessie Curtis
101 Pascal Ln
Austin, TX 78746-2543

John Hancock 401k
c/o Francy Arocha
7908 N. Sam Houston Pkwy. W Suite 500
Houston, TX 77064

Judy Harrison
6301 Ledge Mountain Dr
Austin, TX 78731-3718

Kalee Murren
274 Raptor Beak Way
Cedar Creek, TX 78612-2046

Kapitus Servicing, Inc.
2500 Wilson Blvd Ste 450
Arlington, VA 22201-3872


Lance Mushung
7517 Turnback Ledge Trl
Lago Vista, TX 78645-4828


Lindsay Fassauer
1009 E 14th St
Austin, TX 78702-1022


Liza Brooker
14739 Arrowhead Dr
Leander, TX 78641-9122


Lynn Kutilek
5913 Cimarron Ridge Ln
Austin, TX 78738-1918


Magdalena de J. Nunez Marti
706 Encinita Dr.
Leander, TX 78641


Mandy Chavez
184 CR 4127
Lampasas, TX 76550


Mannington MIIls, Inc.
Po Box 96261
Chicago, IL 60693-6261

Manuel Gonzalez Nunez
706 Encinita Dr.
Leander, TX 78641


Maria Hernandez
2709 Steece Way
Leander, TX 78641


Mario Fuentes
1261 Summerbroke Cir.
Leander, TX 78641


Marlon Coplin
17903 Cross St
Jonestown, TX 78645-3103


Michelle Soloman
909 Philco Dr
Austin, TX 78745-1831


Mohawk Factoring, LLC
Po Box 845059
Los Angeles, CA 90084-5059


Myra Simone
1407 Black Cherry Dr.
Cedar Park, TX 78613


Paula Roberts
70 Tiburon Dr
The Hills, TX 78738-1556

Paulina Clendennen
10809 Wintergreen Hl
Austin, TX 78750-3453


Pay Pal
2211 North First Street
San Jose, CA 95131


Radiance Funding LLC
375 Sunrise Hwy Ste 5
Lynbrook, NY 11563-3039


Raul Gadwala
9609 Tobrina Ln
Austin, TX 78759-7708


Rick Whitworth
4615 Red River St
Austin, TX 78751-3326


Ruth Covian
2709 Steece Way
Leander, TX 78641


Sharon Foley
5101 Mckittrick Canyon Dr
Austin, TX 78759-7115


Shaw
Po Box 203702
Dallas, TX 75320-3702

Shay Browning
1610 Hether St
Austin, TX 78704-3314


Small Business
Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive Suite 100
Little Rock, AR 72202

Small Business
Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive Suite 100
Little Rock, AR 72202

Sue Clugage
9316 Travertine Cv
Austin, TX 78735-1563


Susan Johnson
1502 Bald Cypress Cv
Cedar Park, TX 78613-1557


Susanne Guy
9900 Charthouse Cv
Austin, TX 78730-3566


Synergy Center, Ltd.
11940 Jollyville Rd Ste 300 S
Austin, TX 78759-2327


Synergy Center, Ltd.
11940 Jollyville Rd. Suite 300-S
Austin, TX 78759

Tangela & Kerry Niemann
121 Flycatcher Cove
Cedar Creek, TX 78612


Tara Olah
1502 Pasadena Dr
Austin, TX 78757-1840


Tempy Wright
5403 Merrywing Cir
Austin, TX 78730-1439


Tienling Hsieh
3317 Vaquero Ln
Cedar Park, TX 78641-3263


Tissie Elliott
9105 Westerkirk Dr
Austin, TX 78750-3623


Tommy Yoo
26 Maybury Way
Austin, TX 78738


US Attorney Civil Processing
Clerk
U.S. SBA
601 NW Loop 410 Suite 600
San Antonio, TX 78216

US Attorney General
Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Westbank Market, LP
c/o Inyesco Advisers, Inc.
2300 N Field St
Dallas, TX 75201-2476

# SOFA Line 3

## Vendors                           Purchases from February, 01 to April 30, 2025

| Vendor | Date | Amount | Total |
|---|---|---|---|
| A + D Floor | 2/21/2025 | $ 1,170.00 | $ 1,170.00 |
| Arizona Tile | 2/12/2025 | $ 1,000.00 | |
| | 2/25/2025 | $ 1,000.00 | |
| | 3/18/2025 | $ 1,000.00 | |
| | 3/25/2025 | $ 1,000.00 | |
| | 4/8/2025 | $ 1,000.00 | |
| | 4/29/2025 | $ 414.38 | $ 5,414.38 |
| BHWFloors / Yoyu USA, INC | 2/4/2025 | $ 2,358.97 | |
| | 2/19/2025 | $ 1,363.77 | |
| | 2/24/2025 | $ 507.83 | $ 4,230.57 |
| Engineered Floors | 2/4/2025 | $ 458.79 | |
| | 4/3/2025 | $ 2,046.66 | $ 2,505.45 |
| Mannington Mills, INC | 2/4/2025 | $ 4,220.43 | |
| | 4/7/2025 | $ 1,000.00 | |
| | 4/14/2025 | $ 1,000.00 | |
| | 4/22/2025 | $ 1,000.00 | |
| | 4/28/2025 | $ 1,000.00 | $ 8,220.43 |
| Mohawk Industries | 3/26/2025 | $ 309.00 | |
| | 4/14/2025 | $ 1,655.88 | |
| | 4/18/2025 | $ 2,129.77 | $ 4,094.65 |
| Motaza LLC | 3/4/2025 | $ 750.00 | |
| | 3/4/2025 | $ 750.00 | $ 1,500.00 |
| Redco Distribution | 2/10/2025 | $ 30.00 | |
| | 2/18/2025 | $ 42.00 | |
| | 2/24/2025 | $ 803.05 | |
| | 4/11/2025 | $ 30.00 | |
| | 4/21/2025 | $ 346.83 | $ 1,251.88 |
| Serenity Floor LLC | 2/21/2025 | $ 575.00 | |
| | 2/26/2025 | $ 132.00 | |
| | 3/7/2025 | $ 25.00 | $ 732.00 |

# Vendors                    **Purchases from February, 01 to April 30, 2025**

| | | | | |
|---|---|---|---|---|
| Shaw | 3/27/2025 | $ | 472.23 | |
| | 4/3/2025 | $ | 472.23 | |
| | 4/4/2025 | $ | 655.36 | |
| | 4/9/2025 | $ | 614.20 | |
| | 4/10/2025 | $ | 1,928.83 | |
| | 4/17/2025 | $ | 472.23 | |
| | 4/24/2025 | $ | 472.23 | |
| | 4/30/2025 | $ | 472.23 | $ 5,559.54 |
| | | | | |
| The Dixie Group | 2/17/2025 | $ | 1,111.06 | $ 1,111.06 |
| | | | | |
| Romvo | 2/3/2025 | $ | 100.00 | |
| | 3/3/2025 | $ | 100.00 | |
| | 4/7/2025 | $ | 100.00 | $ 300.00 |
| | | | | |
| FCA Network, INC | 2/19/2025 | $ | 349.00 | |
| | 4/23/2025 | $ | 698.00 | $ 1,047.00 |
| | | | | |
| City of Austin (Electricity) | 2/14/2025 | $ | 449.02 | |
| | 3/18/2025 | $ | 425.00 | |
| | 4/11/2025 | $ | 194.51 | $ 1,068.53 |
| | | | | |
| Alert 360 | 2/19/2025 | $ | 80.00 | |
| | 4/1/2025 | $ | 80.00 | |
| | 4/16/2025 | $ | 80.00 | $ 240.00 |
| | | | | |
| State Farm Insurance (General Liabitiy) | 2/5/2025 | $ | 194.25 | |
| | 3/6/2025 | $ | 158.50 | |
| | 4/14/2025 | $ | 158.50 | $ 511.25 |
| | | | | |
| Plaza 183 (Store Rental) | 2/24/2025 | $ | 1,858.90 | |
| | 2/12/2025 | $ | 1,860.85 | |
| | 2/19/2025 | $ | 1,859.95 | |
| | 2/25/2025 | $ | 1,862.80 | |
| | 3/5/2025 | $ | 1,901.95 | |
| | 3/12/2025 | $ | 1,901.95 | |
| | 3/19/2025 | $ | 1,901.95 | |
| | 3/25/2025 | $ | 1,901.95 | |
| | 4/2/2025 | $ | 1,901.95 | |
| | 4/8/2025 | $ | 1,901.95 | |
| | 4/16/2025 | $ | 1,901.95 | |

| | | | | |
|---|---|---|---|---|
| 4/23/2025 | $ | 1,901.95 | | |
| 4/28/2025 | $ | 75.73 | | |
| 4/28/2025 | $ | 2,101.95 | $ | 24,835.78 |
| | **TOTAL** | | $ | 63,792.52 |

# SOFA Line 30

|  | Claudia Covian | James Covian | Daniela Covian | Andre Covian |
|---|---|---|---|---|
| 4/26/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ - |
| 5/10/2024 | $ 3,525.00 | $ 4,000.00 | $ 1,130.00 | $ - |
| 5/24/2024 | $ 3,500.00 | $ 2,000.00 | $ 1,130.00 | $ - |
| 6/7/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ - |
| 6/21/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ - |
| 7/5/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ - |
| 7/19/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ - |
| 8/2/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ - |
| 8/16/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 720.00 |
| 8/30/2024 | $ 175.00 | $ 4,000.00 | $ 1,130.00 | $ 1,296.00 |
| 9/13/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,440.00 |
| 9/27/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,440.00 |
| 10/11/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,440.00 |
| 10/25/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,440.00 |
| 11/8/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,440.00 |
| 11/22/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,440.00 |
| 12/6/2024 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,440.00 |
| 12/20/2024 | $ 3,500.00 | $ 500.00 | $ 1,130.00 | $ 1,440.00 |
| 1/3/2025 | $ 525.00 | $ 4,000.00 | $ 1,130.00 | $ 1,440.00 |
| 1/17/2025 | $ 525.00 | $ 500.00 | $ 1,130.00 | $ 1,440.00 |
| 1/31/2025 | $ 3,700.00 | $ 4,200.00 | $ 1,130.00 | $ 1,802.00 |
| 2/14/2025 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,440.00 |
| 3/14/2025 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,802.00 |
| 3/28/2025 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,602.00 |
| 4/11/2025 | $ 3,700.00 | $ 4,200.00 | $ 1,130.00 | $ 1,640.00 |
| 4/25/2025 | $ 3,500.00 | $ 4,000.00 | $ 1,130.00 | $ 1,440.00 |
| TOTAL | $ 82,150.00 | $ 95,400.00 | $ 29,380.00 | $ 26,142.00 |